NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HELEN M. POLLITT,**
*Petitioner*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2019-1481

---

Petition for review of the Merit Systems Protection Board in Nos. PH-0752-15-0452-I-3, PH-1221-14-0780-W-5.

---

## JUDGMENT

---

JOHN SMARTO, Law Offices of John P. Smarto, Greensburg, PA, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOSEPH H. HUNT, ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, REYNA and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 12, 2020          /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court